UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

IN ADMIRALTY

CASE NO.:

EXPORTACIONES VIMAR CORP.
a Florida Corporation,

        Plaintiff

Kj;l;[]
vs.

KING OCEAN SERVICES LTD., and
MS BAGHIRA SHIPPING GMBH & CO. KG
and ROHDEN BEREEDERUNG GMBH & Co. KG.,
*in personam* and the M/V "BAGHI RA", her engines,
tackles, boilers, *etc., in rem*,

Defendants.
_____/

## COMPLAINT

Plaintiff, EXPORTACIONES VIMAR CORP. ("EVC"), and sue the Defendants, KING OCEAN SERVICES LTD., MS BAGHIRA SHIPPING GMBH & CO. KG and ROHDEN BEREEDERUNG GMBH & Co. KG., *in personam* and the M/V "BAGHIRA", her engines, tackles, boilers, etc., in rem and allege that[1]:

### PARTIES, JURISDICTION & VENUE

1. This is a claim of Admiralty and Maritime Jurisdiction as hereinafter more fully appears, and is an Admiralty and Maritime Claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. Plaintiff, EVC, is a Florida corporation.

2. The Defendant, KING OCEAN SERVICES LTD., *in personam*, (hereinafter "KING OCEAN") is a foreign corporation with offices in Miami-Dade County, Florida and doing business in Miami-Dade County and Broward County Florida as a non-vessel owing

---

[1] A similar action, Case No. 1:12 CV 24507 UU was dismissed *without prejudice* by this Court on March 3, 2013.

common carrier (NVOCC) of merchandise-by-water-for-hire and at all times material hereto was the operator, manager and/or charterer of the M/V "BAGHIRA".

3. The Defendant, MS BAGHIRA SHIPPING GMBH & CO. KG (hereinafter "BSGC") is a foreign German corporation with offices in Hamburg, Germany and doing business in the Broward County State of Florida as a common carrier of merchandise-by-water-for-hire and at all times material hereto was the owner, operator, manager and/or charterer of the M/V "BAGHIRA".

4. The Defendant, ROI-IDEN BEREEDERUNG GMBH & Co. KG., (hereinafter "ROHDEN") is a foreign German corporation with offices in Hamburg, Germany and doing business in the Broward County State of Florida as a common carrier of merchandise-by-water-for-hire and at all times material hereto was the owner, operator, manager and/or charterer of the M/V "BAGHIRA".

5. On or about August 1, 2012, at Port Everglades, Florida the Defendants, KING OCEAN, BSGC and ROHDEN accepted a shipment consisting of 353 pieces of cargo that included furniture, household merchandise, and personal effects *etc.*, for transportation to Puerto Cortes, Honduras.

6. See KING OCEAN's Bill of Lading No.# KOSU450889-4, Booking 10111592 and seal #KYL738344 E attached hereto as Exhibit "A".

7. At the time of receipt by the Defendants, KING OCEAN, BSGC and ROHDEN said cargos were in good order and sound condition and as evidence thereof, the Defendant, KING OCEAN issued its Bill of Lading No. #.# KOSU450889-4, without exceptions.

4000 Ponce de León Blvd, Suite 470   Tel: +1 305.777.0377   sc@cuetolawgroup.com
Coral Gables, FL 33146                Fax: +1 305.777.0449   www.CuetoLawGroup.com
                                                            www.InternationalBusinessLawAdvisor.com

8. Upon information and belief, on or about August 7, 2012, many containers of cargo including the one containing Plaintiff's cargo were lost overboard allegedly due to heavy seas.

9. As a result thereof, the Plaintiff's cargo was totally lost and the Plaintiffs have suffered damages in the amount of at least Eighty Thousand Dollars ($80,000.00). The Plaintiff reserve the right to amend this amount at the time of trial.

10. The M/V "BAGHIRA" is now or will be during the pendency of this action within the Admiralty and Maritime Jurisdiction of this Court.

11. That Plaintiff has complied with all conditions precedent to the bringing of this action.

12. Plaintiffs has retained the Cueto law Group, P.L. to represent it in this lawsuit and is obligated to pay reasonable attorneys' fees.

## COUNT I

The Plaintiff re-alleges and repeats paragraphs 1through 12 as if set forth herein at length and alleges further that:

13. The Defendants contracted and agreed to deliver said cargo in the same good order and condition as when received and as evidence of that agreement, Defendant, KING OCEAN issued its Bill of Lading a copy of which is attached hereto as Exhibit "A".

14. The Defendants breached their contract of carriage by failing to deliver the cargo in the same good order and condition as when received.

3

4000 Ponce de León Blvd, Suite 470
Coral Gables, FL 33146

Tel: +1 305.777.0377
Fax: +1 305.777.0449

sc@cuetolawgroup.com
www.CuetoLawGroup.com
www.InternationalBusinessLawAdvisor.com

15. As a result thereof, the Plaintiff has been damaged in the amount of at least $80,000.00 Eighty Thousand Dollars. The Plaintiff reserves the right to amend this amount at the time of trial.

## COUNT II

The Plaintiff re-alleges and repeats paragraphs 1 through 12, as if set forth herein at length and alleges further the following:

16. The Defendants and said vessel accepted said cargo so shipped and delivered to said Defendants and in consideration of certain freight charges, paid or agreed to be paid, agreed to transport said shipment from Port Everglades, FL to Puerto Cortes, Honduras via the M/V "BAGHIRA" and to deliver the same in like good order and condition as when shipped, delivered to and received by said vessel and by said Defendants all in accordance with valid terms of the aforementioned bill of lading then and there signed and delivered to the shipper by the Master and/or agents of said vessel and said Defendants.

17. Thereafter, the Defendant, KING OCEAN, loaded said cargo on board the M/V "BAGHIRA" and the vessel having said cargo on board, sailed from Port Everglades with destination to Puerto Cortes, Honduras but during the transportation thereof the Plaintiff's container was lost overboard.

18. As a result thereof, the Plaintiff has been damaged in the amount of at least Eighty Thousand Dollars ($80,000.00). The Plaintiff reserves the right to amend this amount at time of trial.

19. By reason of these premises, the Plaintiff has a maritime lien on the M/V "BAGHIRA".

4000 Ponce de León Blvd, Suite 470
Coral Gables, FL 33146
Tel: +1 305.777.0377
Fax: +1 305.777.0449
sc@cuetolawgroup.com
www.CuetoLawGroup.com
www.InternationalBusinessLawAdvisor.com

WHEREFORE, the Plaintiff, EXPORTACIONES VIMAR CORP., prays for the following:

A)  Process in due form of law according to the rules and practice of this Court in causes in Maritime and Admiralty jurisdiction may issue against Defendants, KING OCEAN SERVICES LTD., MS BAGHIRA SHIPPING GMBH & CO. KG and ROHDEN BEREEDERUNG GMBH & Co. KG., *in personam* and the M/V "BAGHIRA", *in rem*. citing all persons claiming an interest to appear and under oath answer all and singular the matters stated above,

B)  Warrant of Arrest be issued against the M/V "BAGHIRA", her engines, tackles, boilers, appurtenances, *etc.*, and that this Court order and adjudge that the M/V "BAGHIRA" be condemned and sold to pay the amount due the Plaintiff, EXPORTACIONES VIMAR CORP. together with prejudgment interest, costs and for such further relief that justice may require and that the Court may deem just and proper and further, and

C)  judgment be entered against the Defendants, in favor of the Plaintiffs in the amount of at least Eighty Thousand ($80,000.00) Dollars or as otherwise determined by this Court together with prejudgment interest, costs and such other relief as this Court may deem just and proper.

4000 Ponce de León Blvd, Suite 470
Coral Gables, FL 33146
Tel: +1 305.777.0377
Fax: +1 305.777.0449
sc@cuetolawgroup.com
www.CuetoLawGroup.com
www.InternationalBusinessLawAdvisor.com

Respectfully submitted,
CUETO LAW GROUP, P.L.
Attorneys for Plaintiff
4000 Ponce de Leon Blvd., Suite 470
Coral Gables, Florida 33146
Tel.:    (305) 777-0377
Fax:    (305) 777-0397

By: *Santiago Cueto*
_____
SANTIAGO A. CUETO, ESQ., B.C.S.
Florida Bar No.:    0162566

4000 Ponce de León Blvd, Suite 470 | Tel: +1 305.777.0377 | sc@cuetolawgroup.com
Coral Gables, FL 33146 | Fax: +1 305.777.0449 | www.CuetoLawGroup.com
www.InternationalBusinessLawAdvisor.com